David W. WILLIAMS, Plaintiff–Appellant,

v.

WORKMAN, Captain, Watch Commander; Terriangi, Warden; Mills, Corrections Officer; Millvile, Corrections Officer; Haden, Hearings Officer; Floyd, Investigator; Igbognagwan, Therapeutic Counselor; Myers, D.O.C. Counselor; c/o Woodson, Defendants–Appellees,

and

Department of Corrections; Indian Creek Correctional Center, Defendants.

No. 10–6901.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 22, 2011.

Decided: March 18, 2011.

David W. Williams, Appellant Pro Se.

Before NIEMEYER, MOTZ, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David W. Williams appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Williams v. Workman,* No. 1:09–cv–00283–GBL–TRJ (E.D. Va. filed May 20, 2010; entered May 21, 2010). We deny Williams's motion for injunctive relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*